UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 13125
   BEATRICE ANN PARKISON
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1196
```

---
           TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/23/07 and confirmed on 10/26/07.

2. The case was dismissed after confirmation, 07/18/2008.

3. The Debtor paid a total of $  5382.02 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HABITAT FOR HUMANITY | CURRENT MORTG | .00 | .00 | .00 |
| WARREN CEMETERY & MAUSOL | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2732.60 | 4.55 | 250.45 |
| ANATOLY ARBER | UNSECURED | NOT FILED | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7197.98 | 12.00 | 659.71 |
| ROUNDUP FUNDING LLC | UNSECURED | 5910.18 | 9.85 | 541.68 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5548.09 | 9.25 | 508.49 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9393.51 | 15.66 | 860.93 |
| CONSUMERS COOP CU | UNSECURED | 10739.54 | 17.90 | 984.30 |
| DISCOVER BANK | UNSECURED | 8190.64 | 13.65 | 750.69 |
| FIRST EXPRESS | UNSECURED | 472.27 | .79 | 43.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 651.41 | 1.09 | 59.70 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 396.84 | .66 | 36.37 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 459.98 | .77 | 42.16 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 836.70 | 1.39 | 76.69 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRS | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 1007.63 | 1.68 | 92.35 |
| WORLD FINANCIAL NETWORK | UNSECURED | 790.84 | 1.32 | 72.48 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED              .00          .00     54328.21          .00     54328.21
PRINCIPAL PAID                  .00          .00      4979.28          .00      4979.28
INTEREST PAID                   .00          .00        90.56          .00        90.56
TOTAL PAID                      .00          .00      5069.84          .00      5069.84
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   3000.00
and was paid $   3000.00   direct and $       .00   through the plan.

The Trustee received $      312.18 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE